O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JESUS GUTIERREZ, III, <br> Petitioner <br> v. <br> T. FOSS, WARDEN, <br> Respondent. | Case No. 5:19-cv-00700-JGB (GJS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: November 19, 2019

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE